1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
   SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION        *E-FILED - 3/22/07*
12
13 UNITED STATES OF AMERICA,         )   No. 07-00043 RMW
                                     )
14          Plaintiff,               )
                                     )   STIPULATION AND []
15      v.                           )   ORDER EXCLUDING TIME
                                     )
16 RYAN ALEXANDER and                )
   CHARLES ALEXANDER,                )
17                                   )   SAN JOSE VENUE
            Defendants.              )
18                                   )
                                     )
19 _____)

20

21     On March 12, 2007, the undersigned parties made an initial appearance before the Court in
22 the above-captioned matter. At the hearing, Assistant United States Attorney Susan Knight
23 explained to the Court that the government had turned over all discovery to Joshua Bentley, who
24 represents Ryan Alexander, and Jonathan McDougall, who represents Charles Alexander.
25 AUSA Knight also explained that the parties have had some preliminary conversations about the
26 case and need additional time to further those negotiations. The parties then requested an
27 exclusion of time under the Speedy Trial Act from March 12, 2007 until April 19, 2007. The
28 defendants', through their respective counsel, agreed to the exclusion. The parties agreed and

STIPULATION AND ORDER
No. 07-00043 RMW                    1

1  stipulated that an exclusion of time is appropriate based on the defendants' need for effective
2  preparation of counsel.
3  SO STIPULATED:                           SCOTT N. SCHOOLS
                                             United States Attorney
4

5
   DATED: 3/12/07                           _____/s/_____
6                                           SUSAN KNIGHT
                                            Assistant United States Attorney
7

8  DATED:                                   _____/s/_____
                                            JOSHUA M. BENTLEY
9                                           Counsel for Ryan Alexander

10
   DATED:                                   _____/s/_____
11                                          JONATHAN D. MCDOUGALL
                                            Counsel for Charles Alexander
12

13

14      Accordingly, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act
15  from March 12, 2007 until April 19, 2007.  The Court finds, based on the aforementioned
16  reasons, that the ends of justice served by granting the requested continuance outweigh the best
17  interest of the public and the defendants in a speedy trial.  The failure to grant the requested
18  continuance would deny both defense counsel reasonable time necessary for effective
19  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
20  of justice.  The Court therefore concludes that this exclusion of time should be made under 18
21  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
22  SO ORDERED.
23  DATED: 3/22/07                           _/s/ Ronald M. Whyte_____
                                             RONALD M. WHYTE
24                                           United States District Judge

25

26

27

28

STIPULATION AND ORDER
No. 07-00043 RMW                              2