SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/2/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-00043 RMW |
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER EXCLUDING TIME |
| RYAN ALEXANDER and CHARLES ALEXANDER, | |
| Defendants. | SAN JOSE VENUE |

On April 19, 2007, the undersigned parties made an initial appearance before the Court in the above-captioned matter. At the hearing, Assistant United States Attorney Susan Knight explained to the Court that the government had met with Joshua Bentley, who represents Ryan Alexander, and Jonathan McDougall, who represents Charles Alexander, and needs additional time to investigate issues that were raised during the meeting. Due to the conflicting vacation and work schedules, the parties requested a status date of July 9, 2007. In addition, the parties requested an exclusion of time under the Speedy Trial Act from April 19, 2007 to July 9, 2007. The defendants', through Joshua Bentley, agreed to the exclusion. The parties agreed and stipulated that an exclusion of time is appropriate based on the defendants' need for continuity

1 and effective preparation of counsel.

2 SO STIPULATED:                    SCOTT N. SCHOOLS
                                    United States Attorney

4 DATED: 4/25/07                    _____/s/_____
                                    SUSAN KNIGHT
5                                   Assistant United States Attorney

7 DATED: 4/25/07                    _____/s/_____
                                    JOSHUA M. BENTLEY
                                    Counsel for Ryan Alexander

9 DATED: 4/25/07                    _____/s/_____
                                    JONATHAN D. MCDOUGALL
10                                  Counsel for Charles Alexander

12  Accordingly, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 19, 2007 to July 9, 2007.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.  The failure to grant the requested continuance would deny both defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

20 SO ORDERED.

21 DATED: 5/2/07                    _Ronald M. Whyte_____
                                    RONALD M. WHYTE
22                                  United States District Judge

STIPULATION AND ORDER
No. 07-00043 RMW