## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Howard Lloyd<br>U.S. Magistrate Judge | RE: | Charles Alexander |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 07-00043 |
| | | DATE: | 5/4/07 |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                                                                 408-535-5222
U.S. Pretrial Services Officer                                        TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

    Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

**X** Modification(s)

A. The defendant shall abstain from alcohol and submit to alcohol testing as directed by Pretrial Services

B.

    Bail Revoked/Bench Warrant Issued.

**X** I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:
_____
_____
_____

_____          _5/7/07_____
JUDICIAL OFFICER                              DATE

Cover Sheet (12/03/02)